THE HONORABLE TANA LIN

**UNITED STATES DISTRICT COURT,**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

PATRICIA SHIPPLEY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

LOANDEPOT.COM, LLC, a foreign company doing business in Washington State,

Defendant.

Case No. 2:24-cv-00813-TL

**STIPULATED MOTION AND ORDER TO EXTEND TIME FOR DEFENDANT LOANDEPOT.COM, LLC TO RESPOND TO COMPLAINT**

Note on Motion Calendar: June 12, 2024
(without oral argument)

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
CASE NO. 2:24-CV-00813-TL

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
+1 206 452 8700

Plaintiff Patricia Shippley ("Plaintiff") and Defendant loanDepot.com, LLC ("loanDepot") (collectively referred to as "Parties"), by and through their undersigned counsel, hereby stipulate and jointly move the Court for an Order extending loanDepot's deadline to answer or otherwise respond to Plaintiff's Complaint in this matter by thirty (30) days up to and until to July 15, 2024.

Good cause exists for such extension, including because:

(1) on May 29, 2024, the Parties stipulated to extend loanDepot's deadline to respond to the Complaint in the underlying Superior Court action, Superior Court of the State of Washington for King County, Case No. 24-2-10416-0, agreeing to give loanDepot up to and until July 9, 2024 to respond to the Complaint. Case No. 24-2-10416-0, Dkt No. 9;

(2) This action was removed to this Court on June 7, 2024;

(3) Plaintiff needs additional time to evaluate a possible motion to remand;

(4) loanDepot intends to file a motion to transfer this action to the Central District of California for consolidation with over twenty related actions pending in that District[1];

(5) the parties are continuing to confer on loanDepot's motion to transfer; and

(6) such extension will serve to preserve judicial and party resources and promote judicial economy.

In light of the foregoing, the Parties request that the Court enter an Order to this effect and that the Clerk reset the deadlines as noticed.

STIPULATED AND AGREED this 12th day of June 2024.

[1] loanDepot provided notice of such related actions to the Court on June 12, 2024. (Dkt. No. 10.)

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
+1 206 452 8700

EMERY | REDDY, PLLC

By: */s/ Timothy W. Emery*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Brook E. Garberding, WSBA No. 37140
Paul Cipriani, WSBA No. 59991
600 Stewart Street
Seattle, WA 98101
Phone: (206) 442-9106
Fax: (206) 441-9711
emeryt@emervreddv.com
reddyp@emeryreddy.com
brook@emeryrcddy.com
paul@emervreddy.com

*Attorneys for Plaintiff Patricia Shippley*

COOLEY LLP

By: */s/ Christopher B. Durbin*
Christopher B. Durbin, WSBA No. 41159
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
Phone: (206) 452-8700
Fax: (206) 452-8800
cdurbin@cooley.com

*Attorneys for Defendant loanDepot.com, LLC*

**ORDER**

This matter having come before the Court on the parties' joint motion and stipulation, IT IS SO ORDERED.

DATED this 13th day of June, 2024.

Tana Lin
United States District Judge

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. 2:24-CV-00813-TL

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
+1 206 452 8700